An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GENENTECH, INC., A DELAWARE
CORPORATION; AND F. HOFFMANN-
LA ROCHE LTD., A SWISS
CORPORATION,
Appellants,
vs.
PDL BIOPHARMA, INC., A DELAWARE
CORPORATION,
Respondent.

No. 63111

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. David A. Hardy, District Judge
Williams & Connolly LLP
Lewis & Roca, LLP/Las Vegas
Lionel Sawyer & Collins/Reno
Irell & Manella, LLP
Parsons Behle & Latimer/Reno
Washoe District Court Clerk

13-17005